**COVINGTON & BURLING LLP**
Shankar Duraiswamy
Michael X. Imbroscio (*pro hac vice forthcoming*)
Paul W. Schmidt (*pro hac vice forthcoming*)
Andrew Soukup  (*pro hac vice forthcoming*)
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel. (202) 662-6000
Fax (202) 778-5273

*Attorneys for Boehringer Ingelheim Pharmaceuticals, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE HARRIS, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No.: 19-18146 (FLW)(LHG)<br><br>*Document electronically filed*<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Boehringer Ingelheim Pharmaceuticals, Inc. states that it is a wholly-owned subsidiary, directly or indirectly, of Boehringer Ingelheim USA Corporation and Boehringer Ingelheim Corporation, both privately-owned corporations. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: October 11, 2019          By:    *s/ Shankar Duraiswamy*
                                        Shankar Duraiswamy
                                        Michael X. Imbroscio (*pro hac vice forthcoming*)
                                        Paul W. Schmidt (*pro hac vice forthcoming*)
                                        Andrew Soukup  (*pro hac vice forthcoming*)
                                        **COVINGTON & BURLING LLP**
                                        One CityCenter
                                        850 Tenth Street, NW
                                        Washington, D.C. 20001-4956
                                        (202) 662-6000
                                        sduraiswamy@cov.com
                                        mimbroscio@cov.com
                                        pschmidt@cov.com
                                        asoukup@cov.com
                                        *Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

**COVINGTON & BURLING LLP**
Shankar Duraiswamy
Michael X. Imbroscio (*pro hac vice forthcoming*)
Paul W. Schmidt (*pro hac vice forthcoming*)
Andrew Soukup (*pro hac vice forthcoming*)
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel. (202) 662-6000
Fax (202) 778-5273

*Attorneys for Boehringer Ingelheim Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE HARRIS, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No.: 19-18146 (FLW)(LHG)<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on October 11, 2019, I electronically filed a Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: October 11, 2019

By:   *s/ Shankar Duraiswamy*
        Shankar Duraiswamy
        Michael X. Imbroscio (*pro hac vice forthcoming*)

Paul W. Schmidt (*pro hac vice forthcoming*)
Andrew Soukup  (*pro hac vice forthcoming*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
sduraiswamy@cov.com
mimbroscio@cov.com
pschmidt@cov.com
asoukup@cov.com
*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*