James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Jason A. Zweig
Zoran Tasić
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
(206) 623-7292

*Attorneys for Plaintiffs and Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE FRASIER, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 19-18146(FLW)(LHG)<br><br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Co-Counsel for Plaintiffs, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS __15__ day of October, 2019,

ORDERED that Steve W. Berman, Jason A. Zweig, and Zoran Tasić are hereby admitted *pro hac vice* on behalf of Plaintiff in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Bryne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsbile for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that Steve W. Berman, Jason A. Zweig, and Zoran Tasić shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and $150.00 each to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
LOIS H. GOODMAN, U.S.M.J.