UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE HARRIS, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 3:19-cv-18146-FLW-LHG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**Document Electronically Filed** |

Plaintiffs Mary Santorella, Michael Burke, Stephanie Frasier, Richard Harris, Kassie Benson, and Lisa Prisinzano (collectively "Plaintiffs") and Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., and Chattem, Inc. ("Sanofi Defendants"), and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") by and through their undersigned counsel, hereby stipulate and agree that the time within which Defendants may answer, move, or otherwise respond to the Complaint is extended to December 13, 2019.

Pursuant to L.R. 6.1, the parties below state that service of process was effected upon sanofi-aventis U.S. LLC on September 24, 2019, upon Sanofi US Services Inc. on September 24, 2019, upon Boehringer on September 25, 2019, and upon Chattem, Inc. on September 27, 2019, and that the time period for Defendants to respond to the complaint has not yet expired. No other extension has been previously requested or obtained in this matter.

The agreement of the parties as to the deadline to respond to the Complaint is based in part on the nature of the facts and claims pleaded in Plaintiffs' Complaint. Also, counsel for Plaintiffs have filed class actions based on similar facts and against the same named defendants

in federal court in the Northern District of California and the District of Connecticut, respectively, and it is the desire of the parties to coordinate the dates to respond to those complaints with this case. Subject to approval from each respective Court, including this Honorable Court, the parties have agreed to the same response deadline of December 13, 2019 in all three cases.

Dated: October 11, 2019

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: /s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
jcecchi@carellabyrne.com
Tel: 973.994.1700
Fax: 973.994.1744

*Attorneys for Plaintiffs*

**COVINGTON & BURLING, LLP**

By: /s/ *Shankar Duraiswamy*
Shankar Duraiswamy
Michael X. Imbroscio
(*pro hac vice* application forthcoming)
Paul W. Schmidt
(*pro hac vice* application forthcoming)
Andrew Soukup
(*pro hac vice* application forthcoming)
One City Center
850 Tenth Street NW
Washington, D.C. 20001
Tel: 202-662-6000
Fax: 202-778-5066

*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.*

**DLA PIPER LLP (US)**

By: /s/ Christopher M. Strongosky
Christopher M. Strongosky
Amanda Laufer Camelotto
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
christopher.strongosky@dlapiper.com
amanda.camelotto@dlapiper.com
Tel.: 973.520.2550
Fax: 973.520.2586

Loren H. Brown
(*pro hac vice* application to be filed)
1251 Avenue of the Americas
New York, New York 10020-1104
loren.brown@dlapiper.com
Tel: 212.335.4500
Fax: 212.335.4501

Christopher M. Young
(*pro hac vice* application to be filed)
401 B Street, Suite 1700
San Diego, California, 92101-4297
christopher.young@us.dlapiper.com
Tel: 619.699.2700
Fax: 619.699.2701

*Attorneys for Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., and Chattem, Inc.*

So Ordered this 15 day of October, 2019