UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE HARRIS, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 19-18146(FLW)(LHG)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and among Plaintiffs Mary Santorella, Michael Burke, Stephanie Frasier, Richard Harris, Kassie Benson, and Lisa Prisinzano (collectively "Plaintiffs") and Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., and Chattem, Inc. ("Sanofi Defendants"), and Boehringer Ingelheim Pharmaceuticals, Inc. ("Boehringer") as follows:

1. Plaintiff Stephanie Frasier was incorrectly listed in the caption of the Complaint as Stephanie Harris.

2. As a result of the foregoing, the caption is hereby corrected to read as follows:

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE FRASIER, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 19-18146(FLW)(LHG) |

3. The Clerk shall make the appropriate notation on the docket to correct the caption.

Dated: October 11, 2019

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.** | **DLA PIPER LLP (US)** |
| By: /s/ James E. Cecchi<br>James E. Cecchi<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744<br>jcecchi@carellabyrne.com<br>*Attorneys for Plaintiffs* | By: /s/ Christopher M. Strongosky<br>Christopher M. Strongosky<br>Amanda Laufer Camelotto<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078-2704<br>christopher.strongosky@dlapiper.com<br>amanda.camelotto@dlapiper.com<br>Tel.: 973.520.2550<br>Fax: 973.520.2586<br><br>Loren H. Brown (*pro hac vice* application to be filed)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>loren.brown@dlapiper.com<br>Tel: 212.335.4500<br>Fax: 212.335.4501 |
| **COVINGTON & BURLING, LLP**<br><br>By: /s/ Shankar Duraiswamy<br>Shankar Duraiswamy<br>Michael X. Imbroscio<br>Paul W. Schmidt<br>Andrew Soukup<br>One City Center<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>Tel: 202-662-6000<br>Fax: 202-778-5066<br><br>*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.* | Christopher M. Young (*pro hac vice* application to be filed)<br>401 B Street, Suite 1700<br>San Diego, California, 92101-4297<br>christopher.young@us.dlapiper.com<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>Attorneys for Defendants<br>*sanofi-aventis U.S. LLC,*<br>*Sanofi US Services Inc., and*<br>*Chattem, Inc.* |

**SO ORDERED**, this 16 day of October, 2019.

_____
LOIS M. GOODMAN, U.S.M.J.