UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SANTORELLA, MICHAEL BURKE, STEPHANIE FRASIER, RICHARD HARRIS, KASSIE BENSON, and LISA PRISINZANO, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.; CHATTEM, INC.; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Defendants. | Case No.: 3:19-cv-18146-FLW-LHG <br><br> **[PROPOSED] CONSENT ORDER ADMITTING LOREN H. BROWN AND CHRISTOPHER M. YOUNG *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court upon the application of DLA Piper LLP (US), attorneys for Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S. LLC, and Chattem, Inc. ("Defendants"), for an Order granting Loren H. Brown and Christopher M. Young to appear and participate *pro hac vice*; and the Court having considering the moving papers, and there being no opposition; and for good cause shown;

**IT IS** on this 24th day of October, 2019, **ORDERED** as follows:

1.  Loren H. Brown (DLA Piper LLP (US), 1251 Avenue of Americas, New York, New York 10020-1104, loren.brown@dlapiper.com) and Christopher M. Young (DLA Piper LLP (US), 401 B Street, Suite 1700, San Diego, California 92101-4297, christopher.young@dlapiper.com) are hereby admitted to practice *pro hac vice* before this Court pursuant to L. Civ. R. 101.1(c) for all purposes and in all proceedings connected with this litigation;

2.  Loren H. Brown and Christopher M. Young shall abide by the rules of this Court;

3.      Loren H. Brown and Christopher M. Young shall abide by all disciplinary rules of this Court and shall notify this Court immediately of any matter affecting his standing at the Bar of any other Court;

4.      Loren H. Brown and Christopher M. Young shall each make payment of $150.00 to the Clerk of this Court pursuant to L. Civ. R. 101.1(c)(3);

5.      Loren H. Brown and Christopher M. Young shall make the required payment to the New Jersey Lawyers' Fund for Client Protection for this calendar year and for all years in which he or she continues to represent Defendants in this matter pursuant to L. Civ. R. 101.1(c)(2) and New Jersey Rule of Court 1:28-2(a); and

6.      All pleadings, briefs, and other papers filed with this Court shall be signed by a member of the bar of this Court.

_____
Honorable Lois H. Goodman, U.S.M.J.

The undersigned hereby consent to the entry of the foregoing order.

**CARELLA, BYRNE, CECCHI,**  
**OLSTEIN, BRODY & AGNELLO, P.C.**

By:     */s/ James E. Cecchi*  
        James E. Cecchi  
        5 Becker Farm Road  
        Roseland, New Jersey 07068  
        Tel: (973) 994-1700  
        Fax: (973) 994-1744  
        jcecchi@carellabyrne.com  
        *Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

By: */s/ Christopher M. Strongosky*  
    Christopher M. Strongosky  
    Amanda Laufer Camelotto  
    51 John F. Kennedy Parkway, Suite 120  
    Short Hills, New Jersey 07078-2704  
    christopher.strongosky@dlapiper.com  
    amanda.camelotto@dlapiper.com  
    Tel.: 973.520.2550  
    Fax: 973.520.2586

| | |
|---|---|
| **COVINGTON & BURLING, LLP**<br><br>By: /s/ *Shankar Duraiswamy*<br>    Shankar Duraiswamy<br>    Michael X. Imbroscio<br>    Paul W. Schmidt<br>    Andrew Soukup<br>    One City Center<br>    850 Tenth Street NW<br>    Washington, D.C. 20001<br>    Tel: 202-662-6000<br>    Fax: 202-778-5066<br><br>*Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.* | Loren H. Brown (*pro hac vice* application to be filed)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>loren.brown@dlapiper.com<br>Tel: 212.335.4500<br>Fax: 212.335.4501<br><br>Christopher M. Young (*pro hac vice* application to be filed)<br>401 B Street, Suite 1700<br>San Diego, California, 92101-4297<br>christopher.young@dlapiper.com<br>Tel: 619.699.2700<br>Fax: 619.699.2701<br><br>Attorneys for Defendants<br>*sanofi-aventis U.S. LLC,*<br>*Sanofi US Services Inc., and*<br>*Chattem, Inc.* |